**UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

_____

| | |
|---|---|
| CANAL STREET FILMS : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 1:13-cv-00999SHR |
| : | (Judge Sylvia H. Rambo) |
| : | |
| DOES 1-22 : | Jury Trial Demanded |
| : | |
| Defendants. : | |

_____

**PRAECIPE TO DISCONTINUE, SETTLE AND END**

TO:    CLERK OF COURT

     Please mark the above-captioned action and all pending claims therein as settled, discontinued and ended without prejudice as to all Defendants not already dismissed.

Respectfully submitted,

TUCKER ARENSBERG, P.C.

Dated: January 21, 2014

By: /s/ Ryan P. Siney
Ryan P. Siney, Esquire
Christopher E. Fisher, Esquire
2 Lemoyne Drive, Suite 200
Lemoyne, PA 17043
Telephone: (717) 234-4121
Facsimile: (717) 232-6802
Email: rsiney@tuckerlaw.com
*Attorney for the Plaintiff*

HBGDB:141818-1 028663-159162