IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CANAL STREET FILMS,** | : | **CIVIL NO. 1:13-CV-0999** |
| **Plaintiff** | : | |
| v. | : | |
| **DOES 1-22,** | : | |
| **Defendants** | : | |

## **O R D E R**

Upon consideration of Plaintiff's praecipe to discontinue, settle and end, **IT IS HEREBY ORDERED THAT** the Clerk of Court shall close the file.

s/Sylvia H. Rambo<br>United States District Judge

Dated: January 22, 2014.